IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CHILDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 2:12-CV-00309-MCE-CKD PS<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S DISPOSITIVE MOTION |

　　　The stipulation to continue the hearing on defendant's motion to dismiss or for summary judgment filed herein on March 30, 2012, is hereby GRANTED.

　　　IT IS HEREBY ORDERED that:

　　　1. Defendant's dispositive motion is continued from April 18, 2012, to June 6, 2012, at 10:00 a.m., in Courtroom 26.

　　　2. Plaintiff's opposition or statement of non-opposition shall be filed by no later than May 16, 2012.  Plaintiff's failure to file an opposition, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

　　　3. Defendant's reply, if any, shall be filed by no later than May 23, 2012.

　　　IT IS SO ORDERED.

Dated: April 2, 2012

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE